UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>CONSTITUTIONAL CHALLENGE AS TO CHAPTER 13 TRUSTEE'S FEES, | Case No. 24-09001-NGH<br><br>Chapter 13 |

CERTIFICATION REGARDING CONSTITUTIONAL CHALLENGE

On September 10, 2024, the chapter 13 trustee filed a motion for declaratory relief in the above captioned case, Doc. No. 5.  The motion and supporting brief, Doc. No. 6, question the constitutionality of 28 U.S.C. § 586(e)(2) and § 1326(b)(2).  The Motion asserts that the "plan-confirmation condition" in these statutes, as recognized in *In re Evans*, 69 F.4th 1101, 1110 (9th Cir. 2023), "violates: (1) the uniformity requirement of the Constitution's Bankruptcy Clause (U.S. Const. art I, § 8, cl. 4) and (2) the due-process impartiality requirements that apply to Chapter 13 standing trustees (U.S. Const. amend. V)."  Doc. No. 5 at 1.

Pursuant to Federal Rule of Civil Procedure 5.1, as incorporated by Federal Rule of Bankruptcy Procedure 9005.1, and 28 U.S.C. § 2403, the Court hereby certifies to the Attorney General of the United States that such constitutional challenge has been raised.

CERTIFICATION - 1

The Attorney General may intervene as to this constitutional challenge on or before November 12, 2024.

DATED: September 12, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

CERTIFICATION - 2