UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>CONSTITUTIONAL CHALLENGE AS TO CHAPTER 13 TRUSTEE'S FEES, | Case No. 24-09001-NGH<br><br>Chapter 13 |

**NOTICE OF DEADLINE TO REQUEST TO FILE AMICUS CURIAE BRIEF AND ORDER**

On September 10, 2024, the chapter 13 trustee filed a motion for declaratory relief in the above captioned case, Doc. No. 5.  The motion and supporting brief, Doc. No. 6, question the constitutionality of 28 U.S.C. § 586(e)(2) and § 1326(b)(2).  The Motion asserts that the "plan-confirmation condition" in these statutes, as recognized in *In re Evans*, 69 F.4th 1101, 1110 (9th Cir. 2023), "violates: (1) the uniformity requirement of the Constitution's Bankruptcy Clause (U.S. Const. art I, § 8, cl. 4) and (2) the due-process impartiality requirements that apply to Chapter 13 standing trustees (U.S. Const. amend. V)."  Doc. No. 5 at 1.

Recognizing that there may be several parties practicing in chapter 13 that may wish to be heard on this issue and pursuant to the Court's inherent authority and discretion,

IT IS HEREBY ORDERED that Federal Rule of Bankruptcy Procedure 8017 addressing the filing of amicus curiae briefs shall apply in this case, however, the time for

NOTICE AND ORDER - 1

filing found in (a)(6) is modified such that any motion to file an amicus curiae brief shall be filed on or before November 12, 2024.

DATED:  September 12, 2024



_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

NOTICE AND ORDER - 2