# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>CONSTITUTIONAL CHALLENGE AS TO CHAPTER 13 TRUSTEE'S FEES, | Case No. 24-09001-NGH<br><br>MISCELLANEOUS PROCEEDING |

### ORDER CLOSING MISCELLANEOUS PROCEEDING

On March 12, 2025, the chapter 13 trustee ("Trustee") withdrew her motion for declaratory relief, which sought a declaration that 28 U.S.C. § 586(e)(2) and 11 U.S.C. § 1326(b)(2) were unconstitutional as applied in the Ninth Circuit, and consequently she was entitled to fees in the following cases that were dismissed prior to confirmation of a chapter 13 plan:

*In re Perez*, 23-40559-NGH;
*In re McClure*, 23-40502-NGH;
*In re Goodman*, 23-40498-NGH;
*In re Potts*, 24-40050-NGH; and
*In re Gams*, 24-00095-NGH.

Upon review of the record in this miscellaneous proceeding and the individual cases cited, and given Trustee's withdrawal of her motion,

IT IS HEREBY ORDERED that the above captioned miscellaneous proceeding is DISMISSED and CLOSED.

ORDER - 1

IT IS FURTHER ORDERED that the Trustee shall promptly return the funds currently held as her asserted fee in the above referenced cases to the respective debtors and file her final reports so that those cases may be closed.

DATED: April 1, 2025

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

ORDER - 2